solely liable on the purchase of the coat. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

WILLIAM A. TANNER, Respondent, v. WILLIAM SCHOENBECK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

UNITED KITCHEN EQUIPMENT Co., INC., Appellant, v. THOMAS V. UNDERHILL, as Sheriff of Westchester County, and WILLIAM F. MURPHY, Deputy Sheriff, Respondents. (Appeal No. 1.) — Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

UNITED KITCHEN EQUIPMENT Co., INC., Respondent, v. THOMAS V. UNDERHILL, as Sheriff of Westchester County, Appellant, and WILLIAM F. MURPHY, Deputy Sheriff, Defendant. (Appeal No. 2.) — Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MAY VANDERVEEN, Respondent, v. POST BELLMORE LUMBER CORPORATION, Appellant. (Appeal No. 1.) — Judgment of the County Court of Nassau county reversed upon the law and a new trial ordered, costs to abide the event. In our opinion, it was error for the court to charge at folio 236 in effect that the jury might infer from the fact that the receiver turned back the assets of the old corporation that it assumed the liabilities. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

MAY VANDERVEEN, Respondent, v. POST BELLMORE LUMBER CORPORATION, Appellant. (Appeal No. 2.)— In view of the decision in *Vanderveen* v. *Post Bellmore Lumber Corporation, No. 1* (*ante*, p. 800), decided herewith, the appeal from the order of the County Court of Nassau county, as resettled, denying motion to vacate judgment is dismissed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

INCORPORATED VILLAGE OF GARDEN CITY, Respondent, v. GARDEN CITY PROPERTIES, INC.; GOREAND CORPORATION and WELLINGTON ESTATES, INC., Appellants.— Final order of the County Court of Nassau county confirming report of commissioners unanimously affirmed, with costs. No opinion. Present — Lazaansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

JOHN B. WARNOCK, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Tompkins and Davis, JJ., concur; Carswell and Scudder, JJ., dissent and vote for reversal and a new jury trial in the interest of justice with respect to the issue of unseaworthiness.

WATAMOND REALTY CORPORATION, Appellant, v. MAMIE SCHWARTZ and Others, Defendants, and ROBERT KRAUSS FLOORING Co., INC., and GAYNOR & ROSENBLUM, INC., Respondents.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

HENRY WEISS, Respondent, v. PHOENIX COMMERCIAL Co., INC., Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. The court erred in refusing to charge at folio 497. On the proof in this record the applicability of section 257 of the Labor Law does not sufficiently appear. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.